COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
 PATRICIA GERARDS,
  
                             Appellant,
  
 v.
  
 DIETER GERARDS,
  
                            
 Appellee.
 
 
 §
  
 §
  
 §
  
 §
  
 §
  
 § 
  
 
 
  
 No. 08-12-00126-CV
  
 Appeal from the
  
 383rd
 District Court 
  
 of El
 Paso County, Texas 
  
 (TC#2011CM5594) 
  
 
 


 

MEMORANDUM  OPINION

            This
case is before the Court on our own motion to determine whether it should be
dismissed for want of prosecution.  We
dismiss.

            On
October 24, 2012, without an order, this Court denied Appellant’s fourth motion
for extension to file a brief.  No brief
has been filed by Appellant.  The Clerk
of this Court notified the parties, pursuant to Rule 38.3 of the Texas Rules of
Appellate Procedure, that the Court would dismiss the appeal for want of
prosecution unless any party could show grounds for continuing the appeal
within ten (10) days of the date of the letter. 
No response was received by either party to this letter.

Pursuant
to Tex.R.App.P. 38.8(a)(1),
we dismiss this case for want of prosecution.

 

November 28, 2012

                                                                        CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ.